1  Jason W. Schaff, SBN 244285
   jws@fsslawfirm.com
2  FLESHER SCHAFF & SCHROEDER, INC.
   2202 Plaza Drive
3  Rocklin, CA 95765
   Telephone: 916-672-6558
4  Facsimile: 916-672-6602

5  W. Chris Harrison, Pro Hac Vice
   chris.harrison@ogletree.com
6  OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
7  6410 Poplar Avenue, Suite 300
   Memphis, Tennessee 38119
8  Telephone: 901-767-6160
   Facsimile: 901-767-7411
9
   Attorneys for Defendant
10 BNSF RAILWAY COMPANY

11 MATTHEW E. ROSTON, Bar No. 265944
   ROSTON LAW GROUP, APC
12 matt@rostonlegal.com
   9454 Wilshire Blvd., Suite 850
13 Beverly Hills, CA 90212
   Telephone: (310) 550-6221
14
   Jay A. Kaplan, SBN 86202
15 jkaplan@kaplanlawcorp.com
   Kaplan Law Corporation
16 400 Oceangate, Suite 1125
   Long Beach, California 90802-4356
17 Tel. (562) 372-0506
   Fax (562) 349-0566
18
   Attorneys for Plaintiff
19 TYLER JONES

20              UNITED STATES DISTRICT COURT

21              CENTRAL DISTRICT OF CALIFORNIA

| 22 | TYLER JONES, et. al. | Case No.  5:20-cv-01150-JCB-KK |
|----|----|----|
| 23 | Plaintiff, | ASSIGNED TO HONORABLE JESUS G. BERNAL. – COURTROOM 1 |
| 24 | v. | |
| 25 | BNSF RAILWAY COMPANY, et. al. | [PROPOSED] **ORDER FOR STIPULATED PROTECTIVE ORDER – DISCOVERY MATTER** |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE PARTIES' STIPULATED PROTECTIVE ORDER FILED ON MARCH 2, 2021 IS GRANTED.**

DATED: 3/4/21 , 2021

HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE