1  MATTHEW E. ROSTON Cal Bar #265944
2  **ROSTON LAW GROUP, APC**
   9454 Wilshire Blvd., Suite 850
3  Beverly Hills, CA 90212
4  Tel:   (310) 550-6221
   Fax:  (310) 246-0305
5  Email: matt@rostonlegal.com

6
7  Jay A. Kaplan, SBN 86202
   **KAPLAN LAW CORPORATION**
8  400 Oceangate, Suite 1125
   Long Beach, California 90802-4356
9  Tel: (562) 372-0506
10 Fax: (562) 349-0566
   Email:  jkaplan@kaplanlawcorp.com
11
12 Attorneys for Plaintiff,
   TYLER JONES
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TYLER JONES, an Individual, | Case No.  5:20-cv-01150-JGB-KK |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| BNSF RAILWAY COMPANY, et. al., | |
| Defendants. | |

NOTICE OF SETTLEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Plaintiff Tyler Jones and Defendant BNSF Railway Company have reached an agreement to fully resolve all outstanding issues in this litigation. The parties expect to file a Stipulation of Dismissal within the next thirty (30) days.

Plaintiff is filing this Notice with Defendant's approval and permission.

Dated:  July 12, 2022          ROSTON LAW GROUP, APC
                               Matthew E. Roston


                               By:    /s Matthew E. Roston
                                         Matthew E. Roston
                               Attorneys for Plaintiff
                               Tyler Jones

1
NOTICE OF SETTLEMENT