Matthew E. Roston, SBN #265944
ROSTON LAW GROUP, APC
9454 Wilshire Blvd., Suite 850
Beverly Hills, CA 90212
Telephone: (310) 550-6221
Facsimile:  (310) 246-0305
Email: matt@rostonlegal.com

Attorneys for Plaintiff
TYLER JONES

W. Chris Harrison, Pro Hac Vice
chris.harrison@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone:  901-767-6160
Facsimile:   901-767-7411

Attorneys for Defendant
BNSF RAILWAY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 5:20-cv-01150-JGB-KK<br><br>**PARTIES' JOINT SUBMISSION REGARDING SETTLEMENT**<br><br>District Judge:　　Hon. Jesus G. Bernal |

Plaintiff TYLER JONES and Defendant BNSF RAILWAY COMPANY, hereby make this Joint Submission Regarding Settlement.

On July 13, 2022, the Court issued a Scheduling Notice (ECF No. 99) in response to Plaintiff's Notice of Settlement (ECF No. 98) in which the Court ordered that the parties either submit a joint dismissal or a motion to re-open by August 12, 2022. Presently, the parties are in need of additional time to finalize the settlement, and therefore request that the August 12, 2022 deadline be continued another fourteen (14) days.

DATED: August 11, 2022    ROSTON LAW GROUP, APC

By: /s/
    Matthew E. Roston

Attorneys for Plaintiff
TYLER JONES

DATED: August 11, 2022    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/
    W. Chris Harrison
    Kathleen J. Sanz

Attorneys for Defendant
BNSF RAILWAY COMPANY